IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARON MIRON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. KRPAN,<br><br>　　　　Defendant. | No.  2:18-CV-3267-JAM-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. 1983.  Pending before the Court is Defendant's motion to modify the discovery and scheduling order (ECF No. 28). Good cause appearing, the Court grants Defendant's motion to extend the discovery deadline and the dispositive-motion deadline an additional ninety days, up to and including November 26, 2020, and February 25, 2021, respectively.

　　　　IT IS SO ORDERED.

Dated:  September 10, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1