IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON MIRON, | No. 2:18-CV-03267-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| J. KRPAN, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at California Health Care Facility (CHCF). See ECF No. 1 at 1. Before the Court is Plaintiff's third motion for an extension of time to file an opposition to Defendant's motion for summary judgment. ECF No. 40. Defendant's motion for summary judgment also remains outstanding. ECF No. 32. The Court granted Plaintiff's prior two motions for extensions of time. ECF No. 38. COVID-19-related lockdowns at CHCF hindered Plaintiff's ability to attend to his case. ECF Nos. 34, 36. Defendant did not oppose either of the prior motions.

Plaintiff now contends that, in addition to the previous lockdowns, as a result of coming into contact with a prison staff member infected with COVID-19. (ECF No. 40 at 1–4), Plaintiff has experienced further limitations in his ability to purse this matter, having been in medical quarantine since at least June 2021. Id. A medical record attached to Plaintiff's motion confirms that he was placed in isolation. Id. at 6. A prison status report that Plaintiff also attached

1

to the motion confirms that CHCF has been under medical quarantine and other COVID-19 restrictions, such as controlled movement and confinement to living quarters. Id. at 8–9. Plaintiff has consequently not had access to law library services or any assistance from a person with access to a law library. Id. at 2.

Plaintiff requests until August 25, 2021, to file his opposition. Id. at 2, 4. But he also indicates that, even assuming inmate COVID-19 tests come back negative, he does not know how long medical quarantine could last. See id. Plaintiff notes that CHCF may face additional restrictions in light of the Delta variant of COVID-19. See id. at 4.

The Court construes Plaintiff's motion as a motion to stay this case until CHCF comes off medical quarantine and Plaintiff again obtains access to a law library and sufficient time to complete his opposition. Considering the ongoing unpredictability of and restrictions related to COVID-19, the Court will grant Plaintiff's motion. The Court will stay this case for **ninety (90) days** from the date of entry of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 40), construed as a motion for stay, is **GRANTED**.

2. This case is stayed for **ninety (90) days** from the date this order is entered.

3. Plaintiff shall file a status report at the expiration of the ninety (90) day period. Plaintiff shall inform the Court (1) if CHCF is still under lockdown or medical quarantine or if Plaintiff is otherwise unable to complete an opposition to the motion for summary judgment due to COVID-19-related restrictions, or (2) whether Plaintiff is prepared to file an opposition to the motion for summary judgment and proceed in this case.

4. If Plaintiff is released from medical quarantine before the expiration of the ninety (90) day period, he may petition the Court to lift the stay at an earlier date.

Dated: August 6, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2