1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    ARON MIRON,                                No.  2:18-CV-3267-JAM-DMC-P

12                    Plaintiff,

13          v.                                   <u>FINDINGS AND RECOMMENDATIONS</u>

14    J. KRPAN,

15                    Defendant.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.   On August 6, 2021, the Court stayed this action for 90 days and directed

19    Plaintiff to file a status report upon expiration of the stay.  Plaintiff was warned that failure to file

20    a status report may result in dismissal of this action for lack of prosecution and failure to comply

21    with court rules and orders.  <u>See</u> Local Rule 110.  To date, Plaintiff has not complied.

22          The Court must weigh five factors before imposing the harsh sanction of dismissal.

23    <u>See</u> <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000); <u>Malone v. U.S. Postal</u>

24    <u>Service</u>, 833 F.2d 128, 130 (9th Cir. 1987).  Those factors are:  (1) the public's interest in

25    expeditious resolution of litigation; (2) the court's need to manage its own docket; (3) the risk of

26    prejudice to opposing parties; (4) the public policy favoring disposition of cases on their merits;

27    and (5) the availability of less drastic sanctions.  <u>See</u> <u>id.</u>; <u>see also</u> <u>Ghazali v. Moran</u>, 46 F.3d 52,

28    53 (9th Cir. 1995) (per curiam).  A warning that the action may be dismissed as an appropriate

1  sanction is considered a less drastic alternative sufficient to satisfy the last factor.  See Malone,

2  833 F.2d at 132-33 & n.1.  The sanction of dismissal for lack of prosecution is appropriate where

3  there has been unreasonable delay.  See Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir.

4  1986).

5           Having considered these factors, and in light of Plaintiff's failure to file a status

6  report as directed, the Court finds that dismissal of this action is appropriate.

7           Based on the foregoing, the undersigned recommends that:

8           1.      This action be dismissed, without prejudice, for lack of prosecution and

9  failure to comply with court rules and orders; and

10          2.      All pending motions, ECF Nos. 30, 31, and 32, be denied as moot.

11          These findings and recommendations are submitted to the United States District

12  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

13  after being served with these findings and recommendations, any party may file written

14  objections with the court.  Responses to objections shall be filed within 14 days after service of

15  objections.  Failure to file objections within the specified time may waive the right to appeal.  See

16  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

17

18  Dated:  November 29, 2021

19                                                    _____
                                                      DENNIS M. COTA
20                                                    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

                                                2